United States District Court
Southern District of Texas
**ENTERED**
April 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EFRAIN LOPEZ, § | |
| "Plaintiff," § | |
| § | |
| v. § | Civil Action No. 1:23-cv-00012 |
| § | |
| UNITED PROPERTY & CASUALTY § | |
| INSURANCE COMPANY, § | |
| "Defendant." | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 12). The R&R recommends the Court (1) dismiss Plaintiff's "Original Petition" (Dkt. No. 1-1) without prejudice; and (2) direct the Clerk of the Court to close this case. Dkt. No. 12 at 1.

Objections were due March 20, 2023; neither party filed objections. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Plaintiff's claims against Defendant are **DISMISSED without prejudice**. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 6th day of April, 2023.

Rolando Olvera
United States District Judge